**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7106**

JASON SOTIRIS KARAVIAS, II,

Plaintiff - Appellant,

versus

RONALD ANGELONE, Director; ROBIN HULBERT,
Ph.D.; WAYNE KINCAID; DAVE L. GRAHAM; RONDA
YATES; PSYCHOLOGIST WILLIAMS; SAMUEL L. BATTS;
JAMES E. SMITH; JAMES E. BRIGGS; E. C. MORRIS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-95-10)

Submitted: January 11, 1996        Decided: January 23, 1996

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason Sotiris Karavias, II, Appellant Pro Se. Mary Elizabeth Shea,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
John Britton Russell, SANDS, ANDERSON, MARKS & MILLER, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Karavias v. Angelone</u>, No. CA-95-10 (E.D. Va. July 17, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>